UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD CRAIG COLLICK, | ) |
| | ) CASE NO. C14-0299-MJP |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER DISMISSING FEDERAL |
| | ) HABEAS ACTION |
| MARGARET GILBERT, | ) |
| | ) |
| Respondent. | ) |
| | ) |

The Court, having reviewed petitioner's federal habeas petition, respondent's answer to the petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus is and this action are DISMISSED with prejudice;

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED, and

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for

ORDER DISMISSING FEDERAL
HABEAS ACTION
PAGE -1

01   respondent, and to the Honorable Mary Alice Theiler.

02       DATED this 4th day of August, 2014.

 

*[signature]*

Marsha J. Pechman
Chief United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION
PAGE -2